In the Matter of the Application of THE GRADE CROSSING COMMISSIONERS OF THE CITY OF BUFFALO, for the Appointment of Commissioners to Ascertain the Compensation to Be Paid to the Owners of Lands, etc., Claimed to Be Owned

by A. SCHREIBER BREWING COMPANY and Others.   (Proceedings Nos. 120 and 125.) — Motion to amend order of affirmance so as to award separate bills of costs on appeal to the owners of the various parcels denied.   Present — Hubbs, P. J., Clark, Davis and Crouch, JJ.; Sears, J., not sitting.